IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ROBERT RUBIO,**

Petitioner,

v.

**WARDEN V. SINGH,**

Respondent.

Case No. C 13-3642 LHK (PR)

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. Respondent is granted to and including March 3, 2014, to file an answer to, or motion to dismiss, the petition for writ of habeas corpus.

2. If petitioner wishes to respond to the answer or motion to dismiss, he shall do so by filing a traverse to the answer or an opposition to the motion to dismiss with the court and serving it on respondent within twenty-eight (28) days of the filing date of the answer or motion to dismiss.

IT IS SO ORDERED.

Dated: 1/6/14

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

[~~Proposed~~] Order – *Rubio v. Singh* (C 13-3642 LHK (PR))