IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUBIO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN V. SINGH,<br><br>　　　　Respondent. | No. C 13-3642 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket No. 9) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2014, respondent filed a motion to dismiss. (Docket No. 7.) Petitioner did not file an opposition. On July 23, 2014, petitioner filed a motion to reopen his case. (Docket No. 9.) The court construes petitioner's motion as an untimely motion for an extension of time to file an opposition and **GRANTS** his motion. Petitioner shall file an opposition **no later than twenty-eight (28) days** from the filing date of this order. Because more than six months have passed since respondent has filed his motion to dismiss, the court is not inclined to grant any future requests for an extension of time. Respondent shall file a reply **within fourteen days** after the filing date of petitioner's opposition. As a one time courtesy, the clerk shall mail petitioner a copy of respondent's motion to dismiss.

IT IS SO ORDERED.

DATED: 8/9/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File Opposition
P:\PRO-SE\LHK\HC.13\Rubio642eot-opp.wpd